BENJAMIN B. WAGNER
UNITED STATES Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO.  2:08-MJ-109 EFB |
| | ) | |
| Plaintiff, | ) | MOTION TO DISMISS COMPLAINT |
| v. | ) | AND [~~PROPOSED~~] ORDER |
| | ) | |
| JESUS RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the complaint for Unlawful Flight to Avoid Prosecution (UFAP) in the above referenced case, MAG No 2:08-MJ-00109 EFB, against defendant Jesus RODRIGUEZ.

DATED: 4/01/13                           BENJAMIN WAGNER
                                         UNITED STATES ATTORNEY


                                    By   /s/Michelle Rodriguez___
                                         MICHELLE RODRIGUEZ
                                         Assistant U.S. Attorney

1

**ORDER**

The United States' motion to dismiss without prejudice the underlying UFAP complaint in the above referenced case, MAG No 2:08-MJ-00109 EFB against defendant Jesus RODRIGUEZ is GRANTED.


DATED:     April 18, 2013
_____

_____
HON. EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE